1/8

FILED
JUN 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Mr. and Mrs. Corey Taylor
235 W. Lorena Ave
Fresno, Ca 93706
(559) 994-2871

In The United States District Court
Eastern District of California

Mr. & Mrs. Corey Taylor Johana H. Taylor
Plaintiff

VS.

1:10 CV 01138 - OWW DLB

Walmart Inc.

Complaint

Defendants

Our civil rights were violated by the defendants. We arrived at Walmart # 537 in Odessa, Tx on March 2nd 2010 around closing time. We purchased tires that the defendants claimed were compatable for our 2002 Pontiac Grand Prix which was Viva II P225160R16. We paid 75 dollars per tire plus a disposing fee of 1.50 dollars each to dispose of our old tires. Instead of installing the tires that we paid for, The defendant intentionally placed Douglass type M+S, which is a cheaper tire dangerously incompatable for our compact car and made for a S.U.V. style vehicle. She stole our money for the most expensive tires and installed the cheapest.

The defendants then intended to extort extra money from my family by charging us $10 per tire to balance. We refused her advances. The defendant then lied and said she "gave us a free balance anyway." Later found out to be deception.

The defendants were aware of the fact that Mrs. Taylor was in late term pregnancy and that Douglass M+S tires are fatally incompatable with our family car. She also knew that we were traveling interstate and this is unreasonably dangerous and discriminatory behavior. In an attempt to hide the store's license number she physically typed "God Bless America" in that section This practice is not common for white customers. The defendants last words was "have a bumpy ride!"

The plaintiffs were forced to drive through the night from Odessa, Tx to Shreveport, La. The ride was brutal for 7 months pregnant Mrs. Taylor.

We took our vehicle to Walmart Store #0448 in Shreveport, La. The defendants stated it was obvious that there had not been a "Free Balancing"

performed. Furthermore, it is not, nor has it ever been a Walmart Policy to charge an extra $40 for tire balancing after the purchase of 4 new tires. They gave us the free balancing that we were entitled to and instructed to go home and if there are any other Problems go to any Walmart Inc to help.

We left to go home to Fresno, Ca. All Walmart stores were closed at this point. During the trip, the bumping multiplied at an alarming rate. The plaintiffs experienced a life threatening blow out of the driver side tire. Mr. Taylor had to change the tire on a deadly dark highway. We had no choice but to finish the trip on 3 defective tires and 1 donut tire. The drive was over 1,000 miles.

We arrived at Walmart Kings Canyon, Fresno. The plaintiffs expressed to the defendants the tire problem and it's severity. After a short investigation the defendant stated "Oh my God! These are definitely the wrong tires!", "They definitely manipulated you guys" and "This is a major safety issue." She made calls to neighboring Walmarts to see if they had the correct brand in stock. The plaintiffs

asked the defendants if it was against store policy to ask another tire store. They defendant said "No, we only need supervisors approval.

The plaintiffs waited 2hrs for Susan, manager representing the defendant, to show up. After reading the contract, Susan immediately lied and said the defendant is not liable for new tires. When plaintiff, Mrs. Taylor pointed out the clause on the back, Susan reacted discriminatively irrate. The defendant violently ripped the receipt from the plaintiffs hands. This shocked and frightened my family who did not provoke the violence. Susan then screamed for the plaintiffs to "Go sit down!" Mrs. Taylor pleaded for the more sympathetic associate to help put the receipt back together and she did. This harsh treatment was not given to white customers.

We, the plaintiffs, informed Susan that we know we are entitled help from Walmart Inc. to get the tires that we paid for. Susan and another employee verbally attacked Mrs. Taylor and intentionally abused the rights of the plaintiffs. The defendant refused plaintiffs rights to view policies. The defendant yelled "I dont have to show you anything" and "I don't have to serve you" and

"All I have to do is refuse service." At that point the defenant unlawfully and maliciously denied service. The plaintiffs faced public humiliation for no reason that they could control. The defendant treated my family of African Americans extremely and significantly less than whites were treated at the public accommodation. The defendants intentionally created and inflicted emotional harm on the plaintiffs in front of other customers and employees.

When we asked to speak with an higher up manager, Susan lied and interfered with our formal Complaint Process. She stated "I am the person here with the most authority" and "No other manager will be here until tommorrow!" We pleaded with the more understanding employee to please help us. She stated "I will if Susan says so."

The plaintiffs called the Odessa location to help us with the embarrassing, and harsh process. Jose, the manager said it was out of his hands. Robert Craigo now had the duty of care to resolve the issue. Even after pleading with Jose to speak to Robert, he refused.

After 4 long tiresome hours Robert Craigo,

the store manager finally came out of his office. He immediately tried to deceive my family into thinking Walmart Inc had zero liability. We informed Robert he was obligated by contract. We then watched him inspect the tires and he immediately phoned the clerk that did the work. She stated "It wasn't a mix-up, it was intentional." Robert then stated "Next time cover yourself and make them sign a disclaimer." Robert then stated he could get the right tires for the plaintiffs at this point but "I just don't want to." Robert then offered to take the tires back for a full refund, leaving us there with a tireless car. This was reckless and unreasonable!

Robert then invited the plaintiffs to do the work ourselves and refused to work if he or his white staff members had to do the work for us. It is very evident that we are a black family, furthermore showing discrimination. Also showing a racial state of mind.

Robert then intimidated the plaintiff by threatening forceful removal of their car if they did not leave. This was a clear violation of Title 18, U.S.C., Section 245

After the plaintiffs removed the vehicle,

7/8

We asked an employee to please provide the last name of the store manager. He responded with a racial slur. "I don't know, and if I did I wouldn't tell your black ass." This psychologically destroyed the plaintiffs. The slur was unprovoked and mentally damaging.

The plaintiffs approached Robert again and asked for a higher official to help us get our tires. He supplied the plaintiffs with falsified information. (661) 253-2749 was the number he gave. It turned out to be a leasing company.

After pleading with the defendants for 5 gruesome hours, they began to leave work while we were still standing there. The plaintiffs were forced to leave Walmart Inc. with the same tires due to negligence, malice, and racial mindsets. The tires they themselves deemed outrageously too dangerous to be driven on.

The defendants are responsible for racial discrimination with reckless and malicious indifference, intentional endangerment of a fetus, which was deliberate and outrageous, wrongful and unlawful intimidation by use of force.

deliberately violating plaintiffs interstate commerce rights, fraud, extortion, physical assault on a pregnant woman, and maliciously abusing plaintiffs rights. Thus was done with the intent of inflicting emotional distress on the plaintiff, Thus causing severe and extreme emotional and psychological pain permanently. Race is not something that can be changed and the plaintiffs experience tramatic anxiety everytime they leave their home!

I ask the court to reward a relief of $111,000,349.00 for punitive damages, cost of fire service, all court cost, and general damages.

[signature] ProSe

[signature] ProSe

Jotasna H. Taylor

Walmart Tire & Lube Express

STORE# 0537
4210 JOHN BEN SHEPHE
ODESSA, TX 79762-0000 US
(432)363-9663
LIC# GOD BLESS AMERICA!

See cashier for goodyear registration card or visit www.goodyear.com to register your tires

## Service Order:

485700 00229

| DATE | NAME | | PHONE # |
|---|---|---|---|
| 03-02-2010 | TAYLOR, COREY | FRESNO, CA 93706 | (559)994-2871 |

| YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|
| 2002 | PONTIAC | GRAND PRIX | Black |

| LICENSE | ODOMETER | CUSTOMER ARRIVAL TIME | SERVICE COMPLETED TIME |
|---|---|---|---|
| 6KNC565 | 428493 | 2010-03-02 05:43 PM | 2010-03-02 06:24 PM |

| Service Description | Service |
|---|---|
| NEW TIRE [4 @ 0.00] Whitewall - IN | 0.00 |
| - Tire Pressure - CHECKED, Ft.30 R.30 | |
| - New Tires - COMPLETE DOT: 4609 | |
| - New Tires - COMPLETE DOT: 4310 | |
| - New Tires - COMPLETE DOT: 3410 | |
| - New Tires - COMPLETE DOT: 3410 | |
| - Valve Stem - Install - COMPLETE | |
| - Valve Stem - Install - COMPLETE | |
| - Valve Stem - Install - COMPLETE | |
| - Valve Stem - Install - COMPLETE | |
| N/C MOUNT ONLY [4 @ 0.00] | 0.00 |
| - Tire Service Accepted | |
| - Tire Service Accepted | |
| - Tire Service Accepted | |
| - Tire Service Accepted | |
| - N/C Tire Mount | |
| - N/C Tire Mount | |
| - N/C Tire Mount | |
| - N/C Tire Mount | |
| - Valve Stem Optional - NO ACTION | |
| - Valve Stem Optional - NO ACTION | |
| - Valve Stem Optional - NO ACTION | |
| - Valve Stem Optional - NO ACTION | |
| TIRE HAULER FEE [4 @ 1.50] | 6.00 |
| - Dispose of Old Tire Accepted - COMPLETE | |
| - Dispose of Old Tire Accepted - COMPLETE | |
| - Dispose of Old Tire Accepted - COMPLETE | |
| - Dispose of Old Tire Accepted - COMPLETE | |

LUG TORQUE

| | | | |
|---|---|---|---|
| Driver Front | 100 FT-LB | Driver Rear | 100 FT-LB |
| Passenger Front | 100 FT-LB | Passenger Rear | 100 FT-LB |

Micras Tire i Son
661-253-2719
Jose-Odessa
Robert - Fresno

| Merchandise Description | Quantity | Unit Price | Merchandise |
|---|---|---|---|
| P225/60R16 VIVA 2 | 1 | 75.00 | 75.00 |
| P225/60R16 VIVA 2 | 1 | 75.00 | 75.00 |
| P225/60R16 VIVA 2 | 1 | 75.00 | 75.00 |
| P225/60R16 VIVA 2 | 1 | 75.00 | 75.00 |
| TR413 VS PACKAGE | 1 | 2.00 | 2.00 |
| TR414 VS PACKAGE | 1 | 2.00 | 2.00 |
| TR414 VS PACKAGE | 1 | 2.00 | 2.00 |
| TR414 VS PACKAGE | 1 | 2.00 | 2.00 |
| | | Total (Excluding Tax) | 314.00 |

I do agree and fully understand that my motor vehicle had a low oil level when I brought it to Wal-Mart for an oil change. This was pointed out to me, that I willingly requested Wal-Mart to change the oil. I will not hold Wal-Mart responsible for any damage to my motor vehicle by the low oil level.

SIGNED

DATE

Customer Comments

Technician Comments
PASS. REAR AND PASS FRONT HAD NO CENTER CAPS ON AR RIVAL.
ALL TIRES HAD NO LUG NUT CAPS P.T.S
3RD TQ. ARMANDO.

### DISCLAIMER

I hereby authorize the stated repair work to be done along with the necessary material, and hereby grant Wal-Mart permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Wal-Mart is not responsible for loss or damage to vehicle or articles left in vehicles in case of fire, theft or any other cause beyond Wal-Mart's control.
I understand Wal-Mart did not inspect my tires for safety. Wal-Mart only:
(1) Visually reviewed the tires for conditions obvious to the naked eye and in plain sight; (2) Measured tread depth in only one place on each tire with a device that provides no exact measurement: and (3) Checked and adjusted (if necessary) air pressure. The tread depth may not be the same at all places on a tire. Driving conditions will affect the safety and performance of my tires.

QUALITY CONTROL TECH: SUE 3859
SERV WRTR/GREETER: SUE 3859
TIRE TECHNICIAN: LEONARDO 11004

03-02-2010

CUSTOMER SIGNATURE DATE

HAVE YOUR LUG NUTS RETORQUED AFTER THE FIRST 50 MILES.

Walmart Tire & Lube Express

STORE# 0448
6235 WESTPORT AVE
SHREVEPORT (NW), LA 71129-0000 US
(318)688-7700

Service Order: 485700 23089

| DATE | NAME | | PHONE # |
|---|---|---|---|
| 03-03-2010 | TAYLOR, COREY | FRESNO, CA 93706 | (559)994-2871 |

| YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|
| 2002 | PONTIAC | GRAND PRIX | Black |

| LICENSE | ODOMETER | CUSTOMER ARRIVAL TIME | SERVICE COMPLETED TIME |
|---|---|---|---|
| 6KNC565 | 129056 | 2010-03-03 01:57 PM | 2010-03-03 02:30 PM |

| Service Description | Service |
|---|---|
| ONE-TIME BALANCE [2 @ 5.00] | 10.00 |
| Discount for above Item | - 10.00 |
| - Tire Pressure - CHECKED, Ft.32 R.32 - Balance (Required) - COMPLETE | |
| - Balance (Required) - COMPLETE | |
| LUG TORQUE | |
| Driver Front 80 FT-LB Driver Rear 80 FT-LB | |
| TREAD DEPTH | |
| Driver Front - 8/32 Driver Rear - 8/32 | |

| Merchandise Description | Quantity | Unit Price | Merchandise |
|---|---|---|---|
| | | | |
| | | Total (Excluding Tax) | 0.00 |

I do agree and fully understand that my motor vehicle had a low oil level when I brought it to Wal-Mart for an oil change. This was pointed out to me, that I willingly requested Wal-Mart to change the oil. I will not hold Wal-Mart responsible for any damage to my motor vehicle by the low oil level.

SIGNED

DATE

Customer Comments

Technician Comments

## DISCLAIMER

I hereby authorize the stated repair work to be done along with the necessary material, and hereby grant Wal-Mart permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Wal-Mart is not responsible for loss or damage to vehicle or articles left in vehicles in case of fire, theft or any other cause beyond Wal-Mart's control. I understand Wal-Mart did not inspect my tires for safety. Wal-Mart only: (1) Visually reviewed the tires for conditions obvious to the naked eye and in plain sight: (2) Measured tread depth in only one place on each tire with a device that provides no exact measurement; and (3) Checked and adjusted (if necessary) air pressure. The tread depth may not be the same at all places on a tire. Driving conditions will affect the safety and performance of my tires.

03-03-2010

CUSTOMER SIGNATURE DATE

QUALITY CONTROL TECH: GREGORY 5449
SERV WRTR/GREETER: FRANCINE 4501
TIRE TECHNICIAN: JAMES 4629

HAVE YOUR LUG NUTS RETORQUED AFTER THE FIRST 50 MILES.

Walmart
Save mon ... ter.

MANAGER
( 432 )
ST#.0537.OP#.000001... TR#.04643
...........TLE.ITEMS. .......
ORDER.NUMBER.0048570C
P225/60R16...06976620... 5.00.X
P225/60R16...069766205 5.00.X
P225/60R16...0697662051 5.00.X
P225/60R16...0697662051 5.00.X
VAVLE.STEM...06053886203 .00.N
VAVLE.STEM...060538862034 .00.N
VAVLE.STEM...060538862034 .00.N
VAVLE.STEM...060538862034. .00.N
TIRE.FEE.....000003700848. 50.0
TIRE.FEE.....000003700848.. 50.0
TIRE.FEE.....000003700848.. 0.0
TIRE.FEE.....000003700848... 0.0
..........TLE.ITEMS.COMPLETE
..................SUBTOTAL...
.........TAX.1...8.250.%.....
......................TOTAL...
.................CASH..TEND...
................CHANGE.DUE....
##############################
####.......DUPLICATE.RECEIPT..
##############################

# ITEMS SOLD 1

....TC#.5514.5198.8092.6075.6704.7.

.Cash.your.checks.at.Walmart.and.Save
$200.a.year.with.our.$3.check.cashing.
........03/02/10.....18:34:45.........

Walmart
Save money. Live better.

Walmart
MANAGER MARSHALL WALTHALL
( 313 ) 688 - 7700
ST#.0448.OP#.00002176.TE#.90.TR#.08973
..........TLE.ITEMS.FOLLOW..........
ORDER.NUMBER.0048570023089
TIRE.BALANCE.068113143632.......0.00.T
TIRE.BALANCE.068113143632.......0.00.T
..........TLE.ITEMS.COMPLETE.........
...............SUBTOTAL.......0.00..
.................TOTAL.......0.00..
...............CASH..TEND......0.00..
..............CHANGE.DUE......0.00..
##############################
####......DUPLICATE.RECEIPT......####
##############################

# ITEMS SOLD 2

..TC#.8757.9023.5131.5865.5556......

Cash.your.checks.at.Walmart.and.Save.
$200.a.year.with.our.$3.check.cashing.
......03/03/10.....14:32:54.........