# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| COREY TAYLOR, et al., | ) 1:10cv01138 OWW DLB |
|---|---|
| Plaintiffs, | ) ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| WALMART, INC., | ) |
| Defendant. | ) |

Plaintiffs Corey Taylor and Jotasna Taylor filed the instant complaint on June 24, 2010. However, only Plaintiff Corey Taylor submitted an application to proceed in forma pauperis. In requesting to proceed without prepayment of fees, ALL Plaintiffs must submit an application to proceed in forma pauperis. Therefore, if Plaintiff Jotasna Taylor is not a minor and wishes to proceed as a Plaintiff in this action, she must submit her own application to proceed in forma pauperis.

Accordingly, within thirty (30) days of the date of this order, (1) Plaintiff Jotasna Taylor must submit an application to proceed in forma pauperis, along with all necessary documentation; OR (2) Plaintiffs must pay the $350.00 filing fee. The Clerk of the Court shall send Plaintiff Jotasna Taylor the appropriate application.

<u>Complete failure to respond to this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **June 28, 2010**          /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1