1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
### EASTERN DISTRICT OF CALIFORNIA
8

| | | |
|---|---|---|
| COREY TAYLOR, et al., | ) | 1:10cv01138 OWW DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| v. | ) | (Documents 2 and 4) |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

9
10
11
12
13
14
15
16
17

        Plaintiff Corey Taylor and Plaintiff Jotasha Taylor ("Plaintiffs") are proceeding pro se in
this action.  Plaintiffs filed their complaint on June 24, 2010.  On June 24, 2010, Plaintiff Corey
Taylor filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff
Jotasha Taylor filed a separate motion to proceed in forma pauperis on July 1, 2010.  Plaintiffs'
individual applications demonstrate that they are each entitled to proceed without prepayment of
fees and are therefore GRANTED.

        IT IS SO ORDERED.

18
19
20
21
22
23

**Dated:**   **July 13, 2010**                        **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1