# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY TAYLOR, et al., | CASE NO. 1:10-cv-01138 OWW DLB |
| Plaintiffs, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFFS FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| WALMART, INC., | |
| Defendant. | (Doc. 1) |

Plaintiffs Corey Taylor and Jotasha Taylor ("Plaintiffs") are proceeding pro se and in forma pauperis in this civil rights action. Plaintiffs filed this action on June 24, 2010. The Court has screened Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2) and finds that it states cognizable claims for relief against Defendant Walmart, Inc. for racial discrimination in violation of 42 U.S.C. § 1981, unlawful intimidation by use of force, fraud, and intentional infliction of emotional distress, Fed. R. Civ. P. 8(a). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    WALMART, INC.

2. The Clerk of the Court shall send Plaintiffs one (1) USM-285 form, one (1) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 24, 2010.

3. Within **thirty (30) days** from the date of this order, Plaintiffs shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

1

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed June 24, 2010.

4. Plaintiffs need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**  **August 2, 2010**       /s/ **Dennis L. Beck**
                   UNITED STATES MAGISTRATE JUDGE