# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COREY TAYLOR; JOTASHA TAYLOR, | ) | 1:10cv01138 OWW DLB |
| | ) | |
| Plaintiffs, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS |
| v. | ) | |
| WALMART, INC., | ) ) | (Document 11) |
| Defendant. | ) ) | |

Plaintiffs Corey Taylor and Jotasha Taylor ("Plaintiffs") are proceeding pro se and in forma pauperis in the civil rights action pursuant to 42 U.S.C. § 1981.

On August 3, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' claims for extortion, assault, violation of interstate commerce rights and intentional endangerment of a fetus be dismissed from this action for failure to state a claim. The Findings and Recommendations were served on Plaintiffs and contained notice that any objections were to be filed within thirty (30) days. More than thirty (30) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 3, 2010, are ADOPTED IN FULL;

2. Plaintiffs' claims for extortion, assault, violation of interstate commerce rights and intentional endangerment of a fetus are DISMISSED from this action for failure to state a claim; and

3. This action SHALL PROCEED against Defendant Walmart, Inc. on Plaintiffs' claims of racial discrimination in violation of 42 U.S.C. § 1981, unlawful intimidation by use of force, fraud and intentional infliction of emotional distress.

IT IS SO ORDERED.

**Dated:   September 24, 2010**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE